IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3070 |
| vs. | ORDER |
| JOSEPH L. MELTON, | |
| Defendant. | |

IT IS ORDERED:

1) The Plaintiff's motion to disclose and for a protective order ([Filing No. 21](#)), is granted.

2) The government may disclose the discovery materials, including tax return information, described in its motion ([Filing No. 21](#)) to defense counsel.

3) Melton's counsel may review the records, and he may review the records with Defendant Melton. Defendant Melton, however, may not retain a copy of the records, and Melton's counsel may not distribute the material to anyone outside of his office without prior approval from the Court.

4) Plaintiff shall provide a copy of this Order to defense counsel.

Dated this 27th day of July, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge