# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:18CR03070** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED** |
| VS. | ) | **MOTION TO EXTEND** |
| | ) | **TIME TO FILE** |
| **JOSEPH L. MELTON,** | ) | **PRETRIAL MOTIONS** |
| | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, Joseph L. Melton, by and through legal counsel, Justin Kalemkiarian, and hereby, moves this Honorable Court to extend the time to file pretrial motions for thirty (30) days in the above captioned case.

As grounds wherefore, Defendant states:

1. Additional evidence was received September 6, 2018;

2. Counsel for the defense is reviewing this newly received evidence; and

3. Counsel for the government has been contacted and is unopposed to this Motion.

WHEREFORE, for the good and sufficient reasons set forth herein, Defendant, Joseph L. Melton, requests this Honorable Court extend the time to file pretrial motions for thirty (30) days in the above captioned case.

Respectfully submitted,
Joseph L. Melton, Defendant


By: /s/ Justin Kalemkiarian
Justin Kalemkiarian, #25415
The Berry Law Firm
2650 N. 48th Street
Lincoln NE 68504
(402) 466-8444
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify I have caused the foregoing to be filed with the Clerk of the United States District Court, District of Nebraska, using the CM/ECF system which sent notification to the Assistant U.S. Attorney, on this the 11th of September 2018.

/s/ Justin Kalemkiarian
Justin Kalemkiarian, #25415