IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3070 |
| vs. | MOTION TO EXTEND TIME FOR FILING BRIEF IN RESPONSE TO DEFENDANT'S MOTION |
| JOSEPH L. MELTON, | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the time for filing the government's responsive brief to Defendant's motion to suppress (filing 34, filing 35) in the above-captioned matter be extended for two weeks, from September 21 to October 5, 2018. In support of this request, the undersigned submits the following:

1. The Assistant United States Attorney with primary responsibility for the above-captioned matter has been preparing for other pending matters and has been unable to prepare a response in this case.

2. Justin Kalemkiarian, counsel for the Defendant, has indicated that he has no objection to the extension requested by the United States.

WHEREFORE, the United States respectfully requests that the time for filing the brief in response to Defendant's motion to suppress be extended from September 21 to October 5, 2018.

        Respectfully submitted,

        UNITED STATES OF AMERICA, Plaintiff

        JOSEPH P. KELLY
        United States Attorney
        District of Nebraska

By:   *s/ Matthew R. Molsen*
       MATTHEW R. MOLSEN, #22693
       Assistant U.S. Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, NE   68508
       Tel:   (402) 437-5241
       Fax:   (402) 437-5390
       E-mail:   matthew.molsen@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: N/A

        *s/ Matthew R. Molsen*
        Assistant U.S. Attorney