# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 4:18CR3070 |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | MOTION FOR DETENTION HEARING |
| JOSEPH MELTON, | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, through counsel, and respectfully requests this Honorable Court set the matter for Detention Hearing at the United State Courthouse and Federal Building in Lincoln, Nebraska, for the following good and sufficient reasons to wit:

1. There has been a material change in circumstances.

WHEREFORE, Defendant respectfully requests this Honorable Court set the matter for Detention Hearing for the reason set forth above and for reasons to be made know at the hearing.

Respectfully submitted,

Joseph Melton, Defendant


/s/ Justin B. Kalemkiarian
Justin B. Kalemkiarian, #25415
BERRY LAW FIRM
2650 North 48th Street
Lincoln, NE  68504
justin@jsberrylaw.com
(402) 466-8444
Attorney for Defendant

NOTICE OF HEARING

To: United States, Plaintiff

    Please take notice that the foregoing motion will be called on for hearing on Friday, November 9th, 2018, at 1:00 p.m., Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE, before the Honorable Cheryl Zwart.

                                                /s/ Justin Kalemkiarian
                                                Justin Kalemkiarian, #25415

**CERTIFICATE OF SERVICE**

    I hereby certify I have caused to filed with the Clerk of the United States District Clerk, District of Nebraska, using the CM/ECF system which sent notification to the AUSA on this the 8th day of November 2018.

                                                /s/ Justin B. Kalemkiarian
                                                Justin B. Kalemkiarian, #25415