IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | **EXHIBIT LIST** |
|---|---|
| Plaintiff, | |
| vs. | Case No. 4:18CR3070 |
| JOSEPH L. MELTON, | Deputy: Jeri Bierbower |
| | Reporter: Digital Recorder |
| Defendant. | Date: November 08, 2018 |

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | 101 | | Firearms Inspection Report - RESTRICTED | X | | X | | 11/8/2018 |
| | 102 | | Exhibit 1 to Exhibit 101 - RESTRICTED | X | | X | | 11/8/2018 |
| | | | | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**