IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH L. MELTON, Defendant. | **WITNESS LIST** Case No. 4:18CR3070 Deputy: Jeri Bierbower Reporter: Digital Recorder Date: November 08, 2018 |
|---|---|

FOR PLAINTIFF:

| Name | Date |
|---|---|
| Greg Kubert | 11/8/2018 |
| Cory Shelton | 11/8/2018 |

FOR DEFENDANT:

| Name | Date |
|---|---|
|  |  |
|  |  |