IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | **WITNESS LIST** |
| Plaintiff, | |
| vs. | Case No.   4:18CR3070 |
| JOSEPH L. MELTON, | Deputy:      Jeri Bierbower |
| Defendant. | Reporter:   Digital Recorder |
| | Date:         November 21, 2018 |

FOR PLAINTIFF:

| Name | Date |
|---|---|
|  |  |
|  |  |

FOR DEFENDANT:

| Name | Date |
|---|---|
| Bonnie Joan Melton | 11/21/2018 |
|  |  |