IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH L. MELTON,<br><br>        Defendant. | 4:18CR3070<br><br>MOTION TO EXTEND TIME FOR FILING BRIEF IN RESPONSE TO DEFENDANT'S MOTION |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the time for filing the government's reply brief to Defendant's post-hearing brief (Filing No. 56) in the above-captioned matter be extended by a day to December 4, 2018. In support of this request, the undersigned submits the following:

    1.    The Assistant United States Attorney with primary responsibility for the above-captioned matter has had to address several other matters that have come up, and will need another day to complete the reply brief in this case.

    2.    Christopher Ferdico, counsel for the Defendant, has indicated that he has no objection to the extension requested by the United States.

WHEREFORE, the United States respectfully requests that the time for filing the reply brief in this case be extended from to December 4, 2018.

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By:   *s/ Matthew R. Molsen*
MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney
487 Federal Building
100 Centennial Mall North
Lincoln, NE   68508
Tel:   (402) 437-5241
Fax:   (402) 437-5390
E-mail:   matthew.molsen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

*s/ Matthew R. Molsen*
Assistant U.S. Attorney