IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3070 |
| vs. | |
| JOSEPH L. MELTON, | ORDER |
| Defendant. | |

Defendant can no longer afford his retained counsel.. Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Justin B. Kalemkiarian is appointed to represent the above-named defendant in this matter.

2) The clerk shall forward this memorandum and order to the Federal Public Defender.

3) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) to Justin B. Kalemkiarian.

4) Justin B. Kalemkiarian shall promptly provide a copy of this order to Defendant.

Dated this 27th day of December, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge