IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>  vs.<br><br>JOSEPH L. MELTON,<br><br>                 Defendant. | 4:18CR3070<br><br>MOTION TO EXTEND TIME FOR FILING BRIEF IN RESPONSE TO DEFENDANT'S OBJECTION |

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the time for filing the government's responsive brief to Defendant's objection to findings and recommendation (filings 66, 67) in the above-captioned matter be extended to February 15, 2019. In support of this request, the undersigned submits that he is preparing for trial that is scheduled to begin on February 4, 2019, and needs additional time to research and respond to defendant's objection and brief.

      WHEREFORE, the United States respectfully requests that the time for filing the brief in response to Defendant's objection to findings be extended to February 15, 2018.

                                              Respectfully submitted,

                                              UNITED STATES OF AMERICA, Plaintiff

                                              JOSEPH P. KELLY
                                            United States Attorney
                                            District of Nebraska

                By:    *s/ Matthew R. Molsen*
                          MATTHEW R. MOLSEN, #22693
                          Assistant U.S. Attorney
                          100 Centennial Mall North, #487
                          Lincoln, NE   68508
                          402-437-5241
                          matthew.molsen@usdoj.gov