IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3070 |
| vs. | MOTION TO EXTEND TIME FOR FILING BRIEF IN RESPONSE TO DEFENDANT'S OBJECTION |
| JOSEPH L. MELTON, | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the time for filing the government's responsive brief to Defendant's objection to findings and recommendation (filings 66, 67) in the above-captioned matter be extended from February 15 to February 19, 2019. In support of this request, the undersigned submits that due to a co-worker's illness, he will be presenting an oral argument before the Eighth Circuit Court of Appeals in Saint Paul, Minnesota on February 15. For this reason, additional time is requested to research and respond to Defendant's objection and brief.

WHEREFORE, the United States respectfully requests that the time for filing the brief in response to Defendant's objection to findings be extended to February 19, 2019.

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By: *s/ Matthew R. Molsen*
MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney
100 Centennial Mall North, #487
Lincoln, NE  68508
402-437-5241
matthew.molsen@usdoj.gov