IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOSEPH L. MELTON, Defendant. | 4:18-CR-3070 ORDER |

The defendant, Joseph L. Melton, has objected (filing 66) to the Magistrate Judge's Findings and Recommendation (filing 62) denying the defendant's motion to suppress (filing 34). The Court has conducted a de novo review of the motion to suppress, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis, and finds the defendant's objection to be without merit. The Court will therefore adopt the Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 62) are adopted.

2. The defendant's objection (filing 66) is overruled.

3. The defendant's Motion to Suppress (filing 34) is denied.

Dated this 20th day of February, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge