# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18CR3070 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **UNOPPPOSED** |
| VS. | ) | **MOTION TO CONTINUE** |
| | ) | **JURY TRIAL** |
| JOSEPH MELTON, | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, Joseph Melton, by and through legal counsel, Justin Kalemkiarian, and hereby, moves this Honorable Court to continue the jury trial in the above captioned case for the following good and sufficient reasons:

1. Mr. Melton would like further time to consider a plea agreement that was recently provided to counsel for the Defendant;

2. Mr. Melton is considering possible further pretrial motions; and

3. Counsel for the Government has been contacted and is unopposed to this Motion.

WHEREFORE, for the good and sufficient reasons set forth herein, Defendant, Joseph Melton, requests this Honorable Court to continue the jury trial in this case.

Respectfully submitted,
Joseph Melton, Defendant

By: /s/ Justin Kalemkiarian
Justin Kalemkiarian, #25415
The Berry Law Firm
6940 O Street, Suite 400
Lincoln NE 68510
(402) 466-8444
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify I have caused the foregoing motion to be filed with the Clerk of the United States District Court, District of Nebraska, using the CM/ECF system which sent notification to Matthew Molsen, Assistant U.S. Attorney, on this the 1st of March 2019.

/s/ Justin Kalemkiarian
Justin Kalemkiarian, #25415