# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:18CR3070 |
| --- | --- | --- |
| Plaintiff, | ) | |
| -vs- | ) | MOTION TO FILE UNDER SEAL |
| JOSEPH MELTON, | ) | |
| Defendant. | ) | |

COMES NOW, attorney for Defendant, by and through counsel, and hereby requests this Honorable Court to issue an Order pursuant to the E-Government Act restricting the access to Defendant's Motion for Reconsideration, Brief in Support of Motion for Reconsideration and Index of Evidence as they contain information protected from the public viewing in accordance with the law.

WHEREFORE, counsel for the Defendant hereby requests this Honorable Court to issue an Order pursuant to the E-Government Act restricting access to Defendant's Motion for Reconsideration, Brief in Support of Motion for Reconsideration and Index of Evidence.

Respectfully submitted,
Joseph Melton, Defendant

/s/ Justin Kalemkiarian
Justin Kalemkiarian, #25415
BERRY LAW FIRM
6940 O Street, Suite 400
Lincoln, NE 68510
justin@jsberrylaw.com
(402) 466-8444
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system which sent notification to the Assistant U.S. Attorney, on this 31st of July 2019.

                                                        <u>/s/ Justin Kalemkiarian</u>
                                                        Justin Kalemkiarian, #25415