IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:18CR3070 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO EXTEND TIME FOR FILING RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER |
| JOSEPH L. MELTON, | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the time for filing the government's responsive brief to Defendant's Motion for Reconsideration (filings 85, 86) be extended to August 27, 2019, for the following reasons:

1. I, the undersigned Assistant United States Attorney, had a significant sentencing hearing recently that required meeting with multiple witnesses in advance of the hearing, and preparing more than 40 exhibits, and needs additional time to respond to defendant's motion.

2. I had to review cases against approximately a dozen defendants for indictment this month. More time will be needed to address the defendant's motion.

3. I have not had the chance to contact defense counsel to ask for their position on this motion.

WHEREFORE, the United States respectfully requests that the time for filing the brief in response to Defendant's Motion for Reconsideration be extended to August 27, 2019.

Respectfully submitted,

UNITED STATES OF AMERICA, Plaintiff

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By: *s/ Matthew R. Molsen*
MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney
100 Centennial Mall North, #487
Lincoln, NE  68508
402-437-5241
matthew.molsen@usdoj.gov