IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18-CR-3070 |
| vs. | ORDER |
| JOSEPH L. MELTON, | |
| Defendant. | |

The defendant, Joseph L. Melton, objects (filing 100) to the Findings and Recommendation (filing 97) of the Magistrate Judge, recommending that the defendant's Motion to Reconsider (filing 85) a Motion to Suppress (filing 34) previously denied by the Court (filing 74) also be denied. The Court conducted a de novo review of the motion to reconsider, pursuant to 28 U.S.C. § 636(b)(1). The court concurs in the Magistrate Judge's factual findings and legal analysis. *See* filing 97. The Court therefore finds the defendant's objection to be without merit, and will adopt the Magistrate Judge's Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 97) are adopted.

2. The defendant's objection (filing 100) is overruled.

3. The defendant's Motion to Reconsider (filing 85) is denied.

Dated this 1st day of October, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge